Court, Appellate Division, Third Department. January 11, 1899.) Action by Robert E. Webb against the Long Island Mutual Fire Insurance Company. No opinion. Judgment affirmed, with costs.

In re WEED. (Supreme Court, Appellate Division, Second Department. January 24, 1899.) In the matter of the application of Chester A. Weed for admission to practice as an attorney and counselor at law in the courts of the state of New York. No opinion. Application granted.

WEEKS v. O'BRIEN. EARLY, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1899.) Action by Benjamin Weeks and Daniel J. Early against James O'Brien. A. King, for appellant. B. Tolles, for respondent Early. No opinion. Order affirmed, with $10 costs and disbursements.

In re WESTERFIELD et al. (two cases). (Supreme Court, Appellate Division, Second Department. January 10, 1899.) In the matter of the application of Mary J. Westerfield and Flora E. Rogers for an intermediate accounting. No opinion. Motion for reargument, or to modify the previous decision of this court, denied, without costs.

In re WHEELER'S WILL. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) In the matter of the last will and testament of Sarah D. Wheeler, deceased. No opinion. Order referred to in the notice of motion amended and filed with the clerk. See 54 N. Y. Supp. 1118.

W. H. KURTZ CO. et al., Respondents, v. TEALL, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by the W. H. Kurtz Company and another against William W. Teall, impleaded, etc. No opinion. Judgment affirmed, with costs.

WICKES, Respondent, v. McMANUS, Appellant. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Loretta Wickes against Thomas A. McManus. No opinion. Judgment affirmed, with costs. All concur, except HERRICK, J., dissenting.

WILLIAMS, Respondent, v. BILLINGS, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 18, 1899.) Action by Delos Williams against Wilhelmina Billings. No opinion. Judgment affirmed, with costs.

WILLSON, Respondent, v. EVELINE, Appellant. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Mordecai M. Willson, Jr., against Mary S. Eveline.

PER CURIAM. Order of the special term modified so as to provide as follows: "If the defendant, within 20 days after the due taxation of plaintiff's costs, and notice thereof, shall pay the same, the motion is denied. If said costs shall not be so paid, the motion is granted." The order appealed from, as so modified, affirmed, without costs.

WINCHESTER LAND CO. v. PARK AVE. LAND CO. et al. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by the Winchester Land Company against the Park Avenue Land Company and others. No opinion. Appeal dismissed, with costs.

WINTER, Appellant, v. CROSS-TOWN ST. RY. CO. OF BUFFALO, Respondent. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Henry Winter against the Cross-Town Street-Railway Company of Buffalo. No opinion. Appeal dismissed, with costs.

WITHERBEE et al., Respondents, v. WITHERBEE et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 11, 1889.) Action by Walter C. Witherbee and another against Frank S. Witherbee and others. No opinion. Interlocutory judgment affirmed, with costs.

WOMACK, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by Thomas Womack against George R. Smith, as sheriff of St. Lawrence county. No opinion. Judgment affirmed, with costs. All concur, except HERRICK, J., not voting.

In re WOOD. (Supreme Court, Appellate Division, Second Department. January 24, 1899.) In the matter of the application of Chester A. Wood for admission to practice as an attorney and counselor at law in the courts of the state of New York. No opinion. Application granted.

WOOD, Respondent, v. WHITEHEAD BROS. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Harvey Wood against the Whitehead Bros. Company. No opinion. Judgment affirmed, with costs.

YAW, Respondent, v. WHITMORE et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Motion by William Yaw against Valentine F. Whitmore and others. No opinion. Motion denied, without costs. See 55 N. Y. Supp. 1091.

END OF CASES IN VOL. 56.